**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANTHONY SWICK, *et al.*,**

**Plaintiffs,**

**v.**

**Civil Action 2:26-cv-670**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

**TRI-TECH LABORATORIES, LLC,**

**Defendant.**

**ORDER**

This matter is before the Court on the parties' Joint Motion to Vacate Preliminary Pretrial Conference. (ECF No. 11.) For good cause shown, the Motion is **GRANTED**. The deadline for the Parties to file the Rule 26(f) Report is **VACATED**; the Preliminary Pretrial Conference currently scheduled for September 17, 2026, at 12:30 p.m. is **VACATED**; and the Parties are **ORDERED** to file a Joint Status Report **ON OR BEFORE SEPTEMBER 25, 2026**, apprising the Court of the status of the Parties' settlement negotiations.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE