**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANTHONY SWICK, *et al.*,**

**Plaintiffs,**

**v.**

**Civil Action 2:26-cv-670**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

**TRI-TECH LABORATORIES, LLC,**
***d/b/a* KDC/One,**

**Defendant.**

# ORDER

This matter is before the Court on the parties' Joint Motion to Stay Case (ECF No. 13). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** through **DECEMBER 28, 2026**. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE DECEMBER 28, 2026**, unless they have filed a motion for settlement approval in the interim.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE